United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11859-elf
George L. Grogan, Sr.,                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv          Page 1 of 2          Date Rcvd: Apr 10, 2018
                             Form ID: 309I        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
```
db           +George L. Grogan, Sr.,    2015 Kinsey Street,    Philadelphia, PA 19124-4022
14076292     +Able Funding,    7267 Rising Sun Ave.,    Philadelphia, PA 19111-3926
14076294      Capital Collection Services,    300 N. Route 73,    Attn:  Bankruptcy Dept.,
              West Berlin, NJ 08091
14076295      Capital Collections Service,    300 N. Route 73,    Attn:  Bankruptcy Dept.,
              West Berlin, NJ 08091
14076300     +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Attn:  Bankruptcy Dept.,
              Philadelphia, PA 19102-1932
14076303     +James J. Zwolak, Esquire,    City of Philadelphia - Law Dept.,    1401 JFK Blvd., 5th floor,
              Philadelphia, PA 19102-1640
14076304     +Luzerne County Flood Protection Auth.,    P.O. BOX 1909,    Attn:  Bankruptcy Dept.,
              Kingston, PA 18704-0909
14076305     +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service,    200 N. River Street,
              Wilkes Barre, PA 18711-1004
14076306     +Medical Data Systems I,    2150 15th Ave.,    Attn:  Bankruptcy Dept.,
              Vero Beach, FL 32960-3436
14076308     +Mr. Cooper,    P.O. BOX 619094,    Attn:  Bankruptcy Dept.,    Dallas, TX 75261-9094
14076309      PA Dept. of Revenue,    Dept. 280903,    Attn:  Bankruptcy Dept.,    Harrisburg, PA 17128-0903
14076310     +Philadelphia Parking Authority,    c/o ACS Inc.,    P.O. BOX 56317,    Attn:  Bankruptcy Dept.,
              Philadelphia, PA 19130-6317
14076311     +Quality Asset Recovery,    7 Foster Ave., Suite 101,    Attn:  Bankruptcy Dept.,
              Gibbsboro, NJ 08026-1191
14076313     +Stevens Business Services,    92 Bolt Street, #1,    Attn:  Bankruptcy Dept.,
              Lowell, MA 01852-5316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: efiling@mlatzes-law.com Apr 11 2018 01:46:02   MICHAEL A. LATZES,
              Law Offices of Michael A. Latzes,    1528 Walnut Street,    Suite 700,   Philadelphia, PA  19102
tr            E-mail/Text: bncnotice@ph13trustee.com Apr 11 2018 01:47:12   WILLIAM C. MILLER, Esq.,
              Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg           E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:50   City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:20
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 11 2018 01:46:39   United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14076293      +EDI: RMCB.COM Apr 11 2018 05:38:00     AMCA,    2269 S. Saw Mill,    Attn: Banrkutpcy Dept.,
              Elmsford, NY 10523-3832
14076297      E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:50   City of Philadelphia,
              Law Department Tax Unit,    1401 John F. Kennedy Blvd., 5th,   Attn:  Bankruptcy Dept.,
              Philadelphia, PA 19102
14076298      E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:50   City of Philadelphia,
              City of Philadelphia - Law Department,    One Parkway Building, 15th floor,    1515 Arch Street,
              Philadelphia, PA 19102-1595
14076296      EDI: CAPITALONE.COM Apr 11 2018 05:38:00    Capital One,    P.O. 30285,
              Attn:  Bankruptcy Dept,    Salt Lake City, UT 84130-0285
14076299     +EDI: CCS.COM Apr 11 2018 05:38:00    Credit Collection Services,    Two Well Ave., Dept. 9136,
              Attn: Bankruptcy Dept.,   Newton Center, MA 02459-3225
14076301      EDI: IRS.COM Apr 11 2018 05:38:00    Internal Revenue Service,    P.O. BOX 7346,
              Attn: Bankruptcy Dept.,   Philadelphia, PA 19101-7346
14076302     +E-mail/Text: vivian@interstatecredit.net Apr 11 2018 01:46:47
              Interstate Credit & Collections,    21 W. Fornance Street,    Attn:  Bankruptcy Dept.,
              Norristown, PA 19401-3300
14076307      EDI: MERRICKBANK.COM Apr 11 2018 05:38:00    Merrick Bank,    P.O. BOX 660702,
              Attn:  Bankruptcy Dept.,   Dallas, TX 75266-0702
14076312     +E-mail/Text: jennifer.chacon@spservicing.com Apr 11 2018 01:47:24
              Select Portfolio Servicing,Inc.,    P.O. BOX 65250,    Attn:  Bankruptcy Dept.,
              Salt Lake City, UT 84165-0250
14076315     +EDI: VERIZONCOMB.COM Apr 11 2018 05:38:00    Verizon,    500 Technology Drive,
              Attn:  Bankruptcy Dept.,   Weldon, MO 63304-2225
                                                                                    TOTAL: 16
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14076314*    +Stevens Business Services,    92 Bolt Street #1,    Attn:  Bankruptcy Dept.,
              Lowell, MA 01852-5316
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: dlv              Page 2 of 2          Date Rcvd: Apr 10, 2018
                              Form ID: 309I          Total Noticed: 30
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:

```
        KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon bkyefile@rasflaw.com
        MICHAEL A. LATZES   on behalf of Debtor George L. Grogan, Sr. efiling@mlatzes-law.com
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
         Inc. Asset-Backed Certificates, Series 2007-7 bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **George L. Grogan Sr.** | Social Security number or ITIN | **xxx–xx–2953** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13   3/19/18** | |
| Case number:   **18–11859–elf** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | George L. Grogan Sr. | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 2015 Kinsey Street Philadelphia, PA 19124 | |
| **4.** | **Debtor's attorney** Name and address | MICHAEL A. LATZES Law Offices of Michael A. Latzes 1528 Walnut Street Suite 700 Philadelphia, PA 19102 | Contact phone (215) 545–0200 Email:  efiling@mlatzes–law.com |
| **5.** | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 4/10/18 |

**For more information, see page 2**

Debtor **George L. Grogan Sr.**                                                                                                  Case number **18–11859–elf**

| | | |
|---|---|---|
| **7.  Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8.  Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/22/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/28/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/15/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of 2000.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/12/18 at 10:00 AM, Location: Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |