Certificate Number: 01401-PAE-DE-031074822

Bankruptcy Case Number: 18-11859



01401-PAE-DE-031074822

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 22, 2018</u>, at <u>7:30</u> o'clock <u>PM EDT</u>, <u>George L grogan SR</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 22, 2018</u>        By:    <u>/s/Jeremy Lark</u>

Name:  <u>Jeremy Lark</u>

Title:  <u>FCC Manager</u>