# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                        Bankruptcy No. 18-11859-ELF

GEORGE L GROGAN, SR.

2015 KINSEY STREET

PHILADELPHIA, PA 19124

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GEORGE L GROGAN, SR.

2015 KINSEY STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

                                        /S/ William C. Miller

Date: 7/16/2018                             _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee