# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-11859-ELF

GEORGE L GROGAN, SR.

2015 KINSEY STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GEORGE L GROGAN, SR.

    2015 KINSEY STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

Date: 8/30/2018

                                              /S/ William C. Miller
                                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee