# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13
    Geroge L. Grogan, Sr.                 :
                                           :
    Debtor(s)                             : NO.  18-11859 ELF

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Amended Chapter 13 Plan was mailed either first class mail, postage prepaid to the address on the Proof of Claims and/or Entry of Appearances or electronically on September 28, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.


9-28-18                                          /s/    MICHAEL A. LATZES
DATE                                             MICHAEL A. LATZES, ESQUIRE
                                             Attorney for Debtor