**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **George L. Grogan, Sr.** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.  18-11859  ELF** |

<u>CERTIFICATE OF SERVICE</u>

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Second Amended Chapter 13 Plan was mailed either first class mail, postage prepaid to the address on the Proof of Claims and/or Entry of Appearances or electronically on October 1, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.


<u>10-1-18</u>                                            <u>  /s/     MICHAEL A. LATZES  </u>
DATE                                                  MICHAEL A. LATZES, ESQUIRE
                                                     Attorney for Debtor