IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                                  :
                                                       :    Chapter 13
         GEORGE GROGAN                                 :
                                                       :    Bankruptcy No. 18-11859 (ELF)
                                        Debtor.        :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to Confirmation of the Plan (Document #18) which was filed on July 5, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 2, 2018    By:    */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Deputy City Solicitor
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov